No. 1319. SECURITY LIFE INSURANCE Co. OF AMERICA *v.* JENNINGS. C. A. 5th Cir. Certiorari denied. *Jack Crenshaw* for petitioner. *M. R. Nachman, Jr.,* and *Walter J. Knabe* for respondent.

No. 1269. WASHINGTON STATE BOWLING PROPRIETORS ASSOCIATION, INC., ET AL. *v.* PACIFIC LANES, INC. C. A. 9th Cir. Motion for leave to supplement petition granted. Certiorari denied. *Samuel W. Block* and *Richard H. Wels* for petitioners.

No. 596, Misc. TAYLOR *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 969, Misc. D'ARGENTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1180, Misc. CLARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1244, Misc. BLISS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.